■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FRANK GILLARD, Also Known as FRANK GILLIARD, Appellant. [54 NYS3d 296]—

Judgment, Supreme Court, Bronx County (Dominic R. Mas-

saro, J.), rendered December 12, 2014, convicting defendant, after a jury trial, of robbery in the second degree, and sentencing him, as a second felony offender, to a term of nine years, unanimously affirmed.

When, during a lengthy narrative of the events surrounding the robbery, the victim briefly mentioned evidence that had been suppressed, the court properly exercised its discretion (see *People v Ortiz*, 54 NY2d 288, 292 [1981]) in denying defendant's mistrial motion. The court sustained objections to this testimony, and defendant did not request a curative instruction or any relief short of a mistrial (see *People v Young*, 48 NY2d 995 [1980]). There is no indication that the prosecutor intentionally elicited the testimony, or acted in bad faith. Furthermore, the suppressed evidence was cumulative to closely related evidence that had not been suppressed. Concur—Sweeny, J.P., Mazzarelli, Andrias, Moskowitz and Gische, JJ.